# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4317
_____

KADEEM DENZEL ROBINSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Duval County.
Marianne L. Aho, Judge.

January 30, 2019


PER CURIAM.

AFFIRMED.

RAY, KELSEY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kadeem Denzel Robinson, pro se, Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.